CGFD71 (8/1/11)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Stettin v. Regent Capital Partners, LLC et al

**Adversary Case Number:** <u>11–02473–RBR</u>
(Related Bankruptcy Case Number:  09–34791–RBR )
County of Residence or Place of Business:  Fort Lauderdale

## TRANSMITTAL OF RECORD TO DISTRICT COURT

- ☐ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal filed on
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Related District Court Case Number:  
  (Assigned to Motion filed pursuant to USDC Local Rule 87.4 c or d)
- ☑ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
    - ☑ Contested    ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court

**[For Appeals]:** The Party or Parties Included in the Appeal to District Court:

**Appellant(s):** <u>Regent Capital Partners</u>    **Attorney:** <u>Harris Koroglu</u>
<u>201 S Biscayne Blvd</u>
<u>Miami FL 33131</u>

**Appellee(s):**    **Attorney:**

**Title and Date of Order Appealed:**

**Entered on Docket Date:**    **Docket Number:**

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☐ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☑ Respondent's Answer and/or Movant's Reply
- ☑ Other: <u>Designation</u>

**Dated:** <u>12/8/11</u>

**CLERK OF COURT**
By: Desiree Grooms
Deputy Clerk   (954) 769–5700