# U.S. Bankruptcy Court
## Southern District of Florida (Fort Lauderdale)
### Adversary Proceeding #: 11-02473-RBR

*Assigned to:* Raymond B Ray     *Date Filed:* 08/29/11
*Lead BK Case:* 09-34791
*Lead BK Title:* Rothstein Rosenfeldt Adler, PA
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:*   11 Recovery of money/property - 542 turnover of property
                        13 Recovery of money/property - 548 fraudulent transfer
                        02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)
                        14 Recovery of money/property - other

*Plaintiff*
-----------------------
**Herbert Stettin**                      represented by **David C. Cimo, Esq**
c/o John H. Genovese, Esq.                           100 SE 2 St #4400
Genovese Joblove & Battista, P.A.                Miami, FL 33131
100 SE 2 St #4400                                     (305) 372-2439
Miami, FL 33131                                      Fax : (305) 349-2310
                                                          Email: dcimo@gjb-law.com

                                                          **Jesus M Suarez**
                                                          100 SE 2 St
                                                          Miami, FL 33131
                                                          (305) 349-2300
                                                          Email: jsuarez@gjb-law.com

                                                          **John H Genovese, Esq**
                                                          100 SE 2 St 44 Fl
                                                          Miami, FL 33131
                                                          (305) 349-2300
                                                          Email: jgenovese@gjb-law.com
                                                          *LEAD ATTORNEY*

V.

*Defendant*
-----------------------
**Regent Capital Partners, LLC**                 represented by **Harris J. Koroglu**
                                                          201 S Biscayne Blvd #1500
                                                          Miami, FL 33131
                                                          305.347.7314
                                                          Fax : 305.347.7888
                                                          Email: hkoroglu@shutts.com

        **Larry I Glick**
201 S Biscayne Blvd # 1500
Miami, FL 33131
(305) 379-9180
Email: lglick@shutts.com

**Robert G Fracasso Jr, Esq**
201 S Biscayne Blvd #1500
Miami, FL 33131
(305) 379-9102
Email: rfracasso@shutts.com

*Defendant*
-----------------------
**Laura Huberfeld**      represented by **Harris J. Koroglu**
(See above for address)

**Larry I Glick**
(See above for address)

**Robert G Fracasso Jr, Esq**
(See above for address)

*Defendant*
-----------------------
**Murray Huberfeld**      represented by **Harris J. Koroglu**
(See above for address)

**Larry I Glick**
(See above for address)

**Robert G Fracasso Jr, Esq**
(See above for address)

*Defendant*
-----------------------
**Naomi Bodner**      represented by **Harris J. Koroglu**
(See above for address)

**Larry I Glick**
(See above for address)

**Robert G Fracasso Jr, Esq**
(See above for address)

*Defendant*
-----------------------
**David Bodner**                               represented by **Harris J. Koroglu**
                                                              (See above for address)

                                                              **Larry I Glick**
                                                              (See above for address)

                                                              **Robert G Fracasso Jr, Esq**
                                                              (See above for address)

*Defendant*
-----------------------
**Bodner Family Foundations**                  represented by **Harris J. Koroglu**
                                                              (See above for address)

                                                              **Larry I Glick**
                                                              (See above for address)

                                                              **Robert G Fracasso Jr, Esq**
                                                              (See above for address)

*Defendant*
-----------------------
**Dahlia Kalter**                              represented by **Harris J. Koroglu**
                                                              (See above for address)

                                                              **Larry I Glick**
                                                              (See above for address)

                                                              **Robert G Fracasso Jr, Esq**
                                                              (See above for address)

*Defendant*
-----------------------
**Mark Nordlicht**                             represented by **Harris J. Koroglu**
                                                              (See above for address)

                                                              **Larry I Glick**
                                                              (See above for address)

                                                              **Robert G Fracasso Jr, Esq**
                                                              (See above for address)

*Defendant*
-----------------------

| | |
|---|---|
| **SFS Capital Funding, LLC** | represented by **John D Eaton**<br>283 Catalonia Ave 2 Flr<br>Coral Gables, FL 33134<br>(305) 476-7100<br>Email: jeaton@rascoklock.com<br>*LEAD ATTORNEY*<br><br>**John C. Shawde, Esq.**<br>283 Catalonia Ave<br>Coral Gables, FL 33134<br>305.476.7114<br>Fax : 305.476.7102<br>Email: jshawde@rascoklock.com |

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 08/29/2011 | 1 | Adversary case 11-02473. Complaint by Herbert Stettin against Regent Capital Partners, LLC, Laura Huberfeld, Murray Huberfeld, Naomi Bodner, David Bodner, Bodner Family Foundations, Dahlia Kalter, Mark Nordlicht, SFS Capital Funding, LLC. Filing Fee Paid. Nature of Suit:,(11 (Recovery of money/property - 542 turnover of property)),(13 (Recovery of money/property - 548 fraudulent transfer)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)) (Genovese, John) (Entered: 08/29/2011) |
| 08/29/2011 | | Receipt of Complaint(11-02473-RBR) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 11335340. Fee amount 250.00. (U.S. Treasury) (Entered: 08/29/2011) |
| 08/30/2011 | 2 | Summons Issued on David Bodner Answer Due 9/29/2011; Naomi Bodner Answer Due 9/29/2011; Bodner Family Foundations Answer Due 9/29/2011; Laura Huberfeld Answer Due 9/29/2011; Murray Huberfeld Answer Due 9/29/2011; Dahlia Kalter Answer Due 9/29/2011; Mark Nordlicht Answer Due 9/29/2011; Regent Capital Partners, LLC Answer Due 9/29/2011; SFS Capital Funding, LLC Answer Due 9/29/2011 [Trial Date Shall be Set at Pre-Trial Conference] (Re: 1 Complaint filed by Plaintiff Herbert Stettin) Pre-Trial Conference set for 10/18/2011 at 09:30 AM at 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale. (Floyd, Mike) (Entered: 08/30/2011) |
| 08/30/2011 | 3 | Order Setting Filing and Disclosure Requirements for Pretrial and Trial. Initial Disclosure of Witnesses and Documents Shall Be Made at Least 30 Days Before Pretrial Date . (Floyd, Mike) (Entered: 08/30/2011) |

| | | |
|---|---|---|
| 08/30/2011 | 4 | Notice of Corrective Entry to ADD Attoreny Genovese for Plaintiff - Association NOT LINKED during case opening. (Floyd, Mike) (Entered: 08/30/2011) |
| 09/01/2011 | 5 | Summons Service Executed on David Bodner 9/1/2011; Naomi Bodner 9/1/2011; Bodner Family Foundations 9/1/2011; Laura Huberfeld 9/1/2011; Murray Huberfeld 9/1/2011; Dahlia Kalter 9/1/2011; Mark Nordlicht 9/1/2011; Regent Capital Partners, LLC 9/1/2011; SFS Capital Funding, LLC 9/1/2011 Filed by Plaintiff Herbert Stettin, Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC, SFS Capital Funding, LLC. (Genovese, John) (Entered: 09/01/2011) |
| 09/16/2011 | 6 | Initial Disclosure per FRCP 26 Required by the Order Setting Filing and Disclosure Requirements Filed by Plaintiff Herbert Stettin. (Cimo, David) (Entered: 09/16/2011) |
| 09/20/2011 | 7 | Notice of Appearance and Request for Service *by John C. Shawde and John D. Eaton* by John C. Shawde Esq. Filed by Defendant SFS Capital Funding, LLC. (Shawde, John) (Entered: 09/20/2011) |
| 09/20/2011 | 8 | Motion for Preliminary Injunction *and Other Relief*, in addition to Motion Request for Judicial Notice Filed by Plaintiff Herbert Stettin (Genovese, John) (Entered: 09/20/2011) |
| 09/23/2011 | 9 | Notice of Appearance and Request for Service by Robert G Fracasso Jr Esq Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC. (Fracasso Jr, Robert) (Entered: 09/23/2011) |
| 09/26/2011 | 10 | Notice of Hearing (Re: 8 Motion for Preliminary Injunction filed by Plaintiff Herbert Stettin) Hearing scheduled for 11/09/2011 at 09:30 AM at 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale. (Gomez, Edy) (Entered: 09/26/2011) |
| 09/28/2011 | 11 | Certificate of Service by Attorney John H Genovese Esq (Re: 10 Notice of Hearing). (Genovese, John) (Entered: 09/28/2011) |
| 10/06/2011 | 12 | Agreed *Ex Parte* Motion to Continue Hearing On: [(1 Complaint)] Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC (Attachments: 1 Exhibit A) (Koroglu, Harris) (Entered: 10/06/2011) |

| | | |
|---|---|---|
| 10/06/2011 | 🔵 13 | Order Granting Motion To Continue Hearing On: (1 Complaint). Pre-Trial Conference set for 01/10/2012 at 09:30 AM at 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale. (Grooms, Desiree) (Entered: 10/07/2011) |
| 10/07/2011 | 🔵 14 | Certificate of Service Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC (Re: 13 Order on Motion to Continue Hearing). (Koroglu, Harris) (Entered: 10/07/2011) |
| 10/09/2011 | 🔵 15 | BNC Certificate of Mailing - PDF Document (Re: 13 Order Granting Motion To Continue Hearing On:) Notice Date 10/09/2011. (Admin.) (Entered: 10/10/2011) |
| 11/03/2011 | 🔵 16 | Corporate Ownership Statement Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC. (Koroglu, Harris) (Entered: 11/03/2011) |
| 11/03/2011 | 🔵 17 | Jury Demand Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC (Re: 1 Complaint filed by Plaintiff Herbert Stettin). (Koroglu, Harris) (Entered: 11/03/2011) |
| 11/03/2011 | 🔵 18 | Motion for Withdrawal of Reference . [Fee Amount $176] Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC Objection Deadline: 11/17/2011. (Koroglu, Harris) (Entered: 11/03/2011) |
| 11/03/2011 | | Receipt of Motion for Withdrawal of Reference(11-02473-RBR) [motion,mwdref] ( 176.00) Filing Fee. Receipt number 11921722. Fee amount 176.00. (U.S. Treasury) (Entered: 11/03/2011) |
| 11/03/2011 | 🔵 19 | Designation of Contents For Inclusion in Motion to Withdraw Reference Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC. Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC. (Koroglu, Harris) (Entered: 11/03/2011) |
| | | |

| | | |
|---|---|---|
| 11/03/2011 | 20 | Notice of Filing *Notice of Pending, Related or Similar Action*, Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC (Re: 18 Motion for Withdrawal of Reference . [Fee Amount $176] Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC Objection Deadline: 11/17/2011. filed by Defendant Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht). (Koroglu, Harris) (Entered: 11/03/2011) |
| 11/07/2011 | 21 | Motion for Withdrawal of Reference *and Memorandum of Law*. [Fee Amount $176] Filed by Defendant SFS Capital Funding, LLC Objection Deadline: 11/21/2011. (Eaton, John) (Entered: 11/07/2011) |
| 11/07/2011 | | Receipt of Motion for Withdrawal of Reference(11-02473-RBR) [motion,mwdref] ( 176.00) Filing Fee. Receipt number 11954959. Fee amount 176.00. (U.S. Treasury) (Entered: 11/07/2011) |
| 11/07/2011 | 22 | Designation of Contents For Inclusion in Motion to Withdraw Reference Filed by Defendant SFS Capital Funding, LLC. (Attachments: # 1 Exhibit) Filed by Defendant SFS Capital Funding, LLC. (Attachments: # 1 Exhibit) (Eaton, John) (Entered: 11/07/2011) |
| 11/07/2011 | 23 | Opposition Response to (8 Motion for Preliminary Injunction *and Other Relief* filed by Plaintiff Herbert Stettin, Motion Request for Judicial Notice ) Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC (Koroglu, Harris) (Entered: 11/07/2011) |
| 11/08/2011 | 24 | Motion To Stay (Re: 1 Complaint, 8 Motion for Preliminary Injunction, Miscellaneous Motion) *Defendants' Motion to Stay Proceedings Pending Ruling on Motion to Withdraw Reference* Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC. (Glick, Larry) (Entered: 11/08/2011) |
| | | Notice of Hearing (Re: 24 Motion To Stay filed by Defendant |

| | | |
|---|---|---|
| 11/09/2011 | 🌐 25 | Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht) Hearing scheduled for 11/21/2011 at 01:30 PM at 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale. (Gomez, Edy) (Entered: 11/09/2011) |
| 11/10/2011 | 🌐 26 | Certificate of Service by Attorney Harris J. Koroglu (Re: 25 Notice of Hearing). (Koroglu, Harris) (Entered: 11/10/2011) |
| 11/10/2011 | 🌐 27 | Motion to Strike 8 Motion for Preliminary Injunction, Miscellaneous Motion , in addition to Motion to Abate , in addition to Motion to Deny *Trustee's Motion for Preliminary Injunction, and Memorandum of Law* Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC (Koroglu, Harris) (Entered: 11/10/2011) |
| 11/14/2011 | 🌐 28 | Order Scheduling Evidentiary Hearing (Re: 8 Motion for Preliminary Injunction filed by Plaintiff Herbert Stettin). Evidentiary Hearing scheduled for 01/30/2012 at 09:30 AM at 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale. (Rodriguez, Amelia) (Entered: 11/14/2011) |
| 11/16/2011 | 🌐 29 | Notice of Filing *Order Directing Expedited Responses to Trustees Motion to Amend Writ of Habeas Corpus Ad Testificandum [ECF No. 58], entered on November 14, 2011, in Case No. 11-61338-CIV-COHN, pending in the United States District Court for the Southern District of Florida*, Filed by Plaintiff Herbert Stettin. (Genovese, John) (Entered: 11/16/2011) |
| 11/16/2011 | 🌐 30 | **Refer to replacement entry DE#31**Motion for Joinder (Re: 27 Motion to Strike, Motion to Abate, Miscellaneous Motion) Filed by Defendant SFS Capital Funding, LLC (Eaton, John) Modified on 11/16/2011 (Rodriguez, Amelia). (Entered: 11/16/2011) |
| | | Joinder Filed by Defendant SFS Capital Funding, LLC (Re: 27 Motion to Strike 8 Motion for Preliminary Injunction, Miscellaneous Motion filed by Defendant Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht, Motion to Abate , Motion to Deny *Trustee's Motion for Preliminary Injunction, and* |

| | | |
|---|---|---|
| 11/16/2011 | 🌑 31 | *Memorandum of Law*). **This replaces DE#30** (Rodriguez, Amelia) (Entered: 11/16/2011) |
| 11/16/2011 | 🌑 32 | Notice to Filer of Apparent Filing Deficiency: **Incorrect Event Used. THE COURT HAS CORRECTED THIS ENTRY - NO FURTHER ACTION IS REQUIRED. In the Future, Use: Joinder; located under category: ADVERSARY: OTHER** (Re: 30 Motion for Joinder ) (Rodriguez, Amelia) (Entered: 11/16/2011) |
| 11/16/2011 | 🌑 33 | Joinder Filed by Defendant SFS Capital Funding, LLC (Re: 24 Motion To Stay (Re: 1 Complaint, 8 Motion for Preliminary Injunction, Miscellaneous Motion) *Defendants' Motion to Stay Proceedings Pending Ruling on Motion to Withdraw Reference* filed by Defendant Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht). (Eaton, John) (Entered: 11/16/2011) |
| 11/16/2011 | 🌑 34 | BNC Certificate of Mailing (Re: 28 Order Scheduling Evidentiary Hearing) Notice Date 11/16/2011. (Admin.) (Entered: 11/17/2011) |
| 11/17/2011 | 🌑 35 | Opposition Response to (24 Motion To Stay (Re: 1 Complaint, 8 Motion for Preliminary Injunction, Miscellaneous Motion) *Defendants' Motion to Stay Proceedings Pending Ruling on Motion to Withdraw Reference* filed by Defendant Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht) Filed by Plaintiff Herbert Stettin (Genovese, John) (Entered: 11/17/2011) |
| 11/17/2011 | 🌑 36 | Designation of Contents For Inclusion in Motion to Withdraw Reference Filed by Plaintiff Herbert Stettin.(*Cross-Designation in connection with Defendants Motions to Withdraw the Reference [ECF Nos. 8 & 21]*) Filed by Plaintiff Herbert Stettin. (Genovese, John) (Entered: 11/17/2011) |
| | | Omnibus Response to (18 Motion for Withdrawal of Reference . [Fee Amount $176] filed by Defendant Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht, 21 Motion for Withdrawal of Reference *and Memorandum of Law*. [Fee Amount $176] filed by Defendant SFS Capital Funding, LLC) |

| | | |
|---|---|---|
| 11/17/2011 | 37 | Filed by Plaintiff Herbert Stettin Objection Deadline: 12/1/2011. (Genovese, John) (Entered: 11/17/2011) |
| 11/21/2011 | 38 | Notice of Hearing (Re: 27 Motion to Strike filed by Defendant Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht) Hearing scheduled for 11/28/2011 at 01:30 PM at 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale. (Gomez, Edy) (Entered: 11/21/2011) |
| 11/21/2011 | 39 | Certificate of Service Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC (Re: 38 Notice of Hearing). (Koroglu, Harris) (Entered: 11/21/2011) |
| 11/22/2011 | 40 | Response to (27 Motion to Strike 8 Motion for Preliminary Injunction, Miscellaneous Motion filed by Defendant Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht, Motion to Abate , Motion to Deny *Trustee's Motion for Preliminary Injunction, and Memorandum of Law*) Filed by Plaintiff Herbert Stettin (Suarez, Jesus) (Entered: 11/22/2011) |
| 11/23/2011 | 41 | Motion Unopposed Motion for Entry of an Order Granting SFS Leave to Depose Scott W. Rothstein Filed by Defendant SFS Capital Funding, LLC (Eaton, John) (Entered: 11/23/2011) |
| 11/30/2011 | 42 | Transcript of 11/21/2011 Hearing. [*Document Image Available ONLY to Court Users*] (Re: 24 Motion To Stay). Redaction Request Due By 12/7/2011. Statement of Personal Data Identifier Redaction Request Due by 12/21/2011. Redacted Transcript Due by 01/3/2012. Transcript access will be restricted through 02/28/2012. (Ouellette and Mauldin) (Entered: 11/30/2011) |
| 11/30/2011 | 43 | Transcript of 11/9/2011 Hearing. [*Document Image Available ONLY to Court Users*] (Re: 8 Motion for Preliminary Injunction *and Other Relief*, in addition to Motion Request for Judicial Notice Filed by Plaintiff Herbert Stettin). Redaction Request Due By 12/7/2011. Statement of Personal Data Identifier Redaction Request Due by 12/21/2011. Redacted Transcript Due by 01/3/2012. Transcript access will be restricted through 02/28/2012. (Ouellette and Mauldin) (Entered: 11/30/2011) |

| | | |
|---|---|---|
| 11/30/2011 | 44 | Notice of Filing , Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC. (Attachments: # 1 Order)(Koroglu, Harris) (Entered: 11/30/2011) |
| 12/01/2011 | 45 | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent or Motions to Request Redaction of Transcript. (Re: 42 Transcript) Redaction Request Due By 12/7/2011. Statement of Personal Data Identifier Redaction Request Due by 12/21/2011. Redacted Transcript Due by 1/3/2012. Transcript access will be restricted through 2/28/2012. (Grooms, Desiree) (Entered: 12/01/2011) |
| 12/01/2011 | 46 | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent or Motions to Request Redaction of Transcript. (Re: 43 Transcript) Redaction Request Due By 12/7/2011. Statement of Personal Data Identifier Redaction Request Due by 12/21/2011. Redacted Transcript Due by 1/3/2012. Transcript access will be restricted through 2/28/2012. (Grooms, Desiree) (Entered: 12/01/2011) |
| 12/01/2011 | 47 | Order Setting Hearing (Re: 24 Motion To Stay filed by Defendant Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht, 33 Joinder filed by Defendant SFS Capital Funding, LLC, 35 Response filed by Plaintiff Herbert Stettin). Evidentiary Hearing scheduled for 12/06/2011 at 09:30 AM at 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale. (Grooms, Desiree) (Entered: 12/01/2011) |
| 12/01/2011 | 48 | Order Granting Motion Re: # 41 (Grooms, Desiree) (Entered: 12/01/2011) |
| 12/01/2011 | 49 | Reply to (37 Response to Motion to Withdraw Reference filed by Plaintiff Herbert Stettin) *Memorandum to Trustee's Omnibus Response and in further Support of its Motion for Immediate - Withdrawal of the Reference* Filed by Defendant SFS Capital Funding, LLC (Eaton, John) (Entered: 12/01/2011) |
| 12/01/2011 | 50 | Reply to (37 Response to Motion to Withdraw Reference filed by Plaintiff Herbert Stettin) Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC (Koroglu, Harris) (Entered: 12/01/2011) |
| | | |

| Date | Doc # | Description |
|---|---|---|
| 12/01/2011 | 51 | Request for Hearing *before the U.S. District Court* Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC (Re: 18 Motion for Withdrawal of Reference . [Fee Amount $176] filed by Defendant Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht, 37 Response to Motion to Withdraw Reference filed by Plaintiff Herbert Stettin, 50 Reply filed by Defendant Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht). (Koroglu, Harris) (Entered: 12/01/2011) |
| 12/02/2011 | 52 | Motion to Dismiss Document (Re: 1 Complaint) *with Prejudice, and Incorporated Memorandum of Law* Filed by Defendant SFS Capital Funding, LLC (Attachments: # 1 Exhibit) (Eaton, John) (Entered: 12/02/2011) |
| 12/02/2011 | 53 | Motion to Dismiss Document (Re: 1 Complaint) , or in the alternative Motion for More Definite Statement Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC (Koroglu, Harris) (Entered: 12/02/2011) |
| 12/03/2011 | 54 | BNC Certificate of Mailing (Re: 45 Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent or Motions to Request Redaction of Transcript.) Notice Date 12/03/2011. (Admin.) (Entered: 12/04/2011) |
| 12/03/2011 | 55 | BNC Certificate of Mailing (Re: 46 Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent or Motions to Request Redaction of Transcript.) Notice Date 12/03/2011. (Admin.) (Entered: 12/04/2011) |
| 12/03/2011 | 56 | BNC Certificate of Mailing - PDF Document (Re: 48 Order Granting Motion Re: # 41) Notice Date 12/03/2011. (Admin.) (Entered: 12/04/2011) |
| 12/03/2011 | 57 | BNC Certificate of Mailing (Re: 47 Order Setting Hearing) Notice Date 12/03/2011. (Admin.) (Entered: 12/04/2011) |
| | | Notice of Filing *Supplemental Authority in Further Support of Response in Opposition to Regent Defendants' Motion to Stay* |

| | | |
|---|---|---|
| 12/05/2011 | 🌑 58 | *Proceedings Pending Ruling on Motion to Withdraw Reference*, Filed by Plaintiff Herbert Stettin (Re: 35 Opposition Response to filed by Plaintiff Herbert Stettin). (Genovese, John) (Entered: 12/05/2011) |
| 12/06/2011 | 🌑 59 | Designation of Contents For Inclusion in Motion to Withdraw Reference Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC.*(Amended)* Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC. (Koroglu, Harris) (Entered: 12/06/2011) |
| 12/06/2011 | 🌑 60 | Notice of Taking Deposition of Scott W. Rothstein on December 12, 2011 at 1:00 p.m. Filed by Plaintiff Herbert Stettin. (Cimo, David) (Entered: 12/06/2011) |
| 12/07/2011 | 🌑 61 | Notice of Hearing (Re: 52 Motion to Dismiss Document filed by Defendant SFS Capital Funding, LLC) Hearing scheduled for 12/22/2011 at 09:30 AM at 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale. (Gomez, Edy) (Entered: 12/07/2011) |
| 12/07/2011 | 🌑 62 | Notice of Hearing (Re: 53 Motion to Dismiss Document filed by Defendant Regent Capital Partners, LLC, Defendant Laura Huberfeld, Defendant Murray Huberfeld, Defendant Naomi Bodner, Defendant David Bodner, Defendant Bodner Family Foundations, Defendant Dahlia Kalter, Defendant Mark Nordlicht) Hearing scheduled for 12/22/2011 at 09:30 AM at 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale. (Gomez, Edy) (Entered: 12/07/2011) |
| 12/07/2011 | 🌑 63 | Certificate of Service by Attorney Harris J. Koroglu (Re: 62 Notice of Hearing). (Koroglu, Harris) (Entered: 12/07/2011) |
| 12/08/2011 | 🌑 64 | Transmittal to US District Court (Re: 18 Motion for Withdrawal of Reference . [Fee Amount $176] Filed by Defendants David Bodner, Naomi Bodner, Bodner Family Foundations, Laura Huberfeld, Murray Huberfeld, Dahlia Kalter, Mark Nordlicht, Regent Capital Partners, LLC Objection Deadline: 11/17/2011.) (Grooms, Desiree) (Entered: 12/08/2011) |